UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES -- GENERAL

Case No.  CV-19-560-R                                    Date: May 31, 2019

Title:  BRUCE BOYER v. CITY OF SIMI VALLEY
================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

    Christine Chung                                 None Present
    Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                            None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) DISMISSING CASE

    On April 30, 2019, this Court granted Defendant City of Simi Valley's Motion to Dismiss and gave Plaintiff Bruce Boyer partial leave to amend. Plaintiff was given until May 14, 2019 to file a Second Amended Complaint amending those portions of the complaint which were dismissed with leave to amend. On May 14, 2019, Plaintiff filed a notice of his intention not to amend the complaint and requesting entry of an order (1) dismissing federal claims and (2) remanding state law claims. Plaintiff has not shown good cause for remanding his state law preemption claim, which was dismissed with prejudice. Since Plaintiff has elected not to file a Second Amended Complaint, the case is dismissed in its entirety.

**IT IS SO ORDERED.**