1  George M. Wallace -- Cal. Bar No. 101472
   WALLACE, BROWN & SCHWARTZ
2  215 North Marengo Avenue
   Third Floor
3  Pasadena, California 91101-1504
   Email: gwallace@wbslaw.com
4  (626) 844-6777; Fax (626) 795-0353

5

6  Attorney for Plaintiff BRUCE BOYER

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 BRUCE BOYER,                  )  Case No.: **2:19−cv−00560 DSF (JPRx)**
                                 )
12        Plaintiff,             )  **NOTICE OF SETTLEMENT AND**
                                 )  **REQUEST TO VACATE TRIAL**
13    vs.                        )  **DATE**
                                 )
14 CITY OF SIMI VALLEY,          )  **Trial:      March 5, 2024**
                                 )
15        Defendant.             )
                                 )
16                               )
                                 )
17 _____)

18        Pursuant to Central District Local Rule 16-15.7, this notice confirms that

19 the parties have reached a settlement of this case. Settlement documents have

20 been executed, and counsel for defendant City of Simi Valley is in possession of

21 an executed Stipulation of Dismissal, to be submitted to the Court for filing

22 concurrently with tender of the agreed, confidential settlement amount.

23     //

24     //

25     //

**NOTICE OF SETTLEMENT** - 1

1  In light of the confirmed settlement, the Jury Trial in this case scheduled
2  for March 5, 2024, may be vacated.
3
4
5  DATED: January 22, 2024         Respectfully submitted,

   WALLACE. BROWN & SCHWARTZ

   */s/ George M. Wallace*
   _____
   by GEORGE M. WALLACE
   Attorneys for Plaintiff BRUCE BOYER

**NOTICE OF SETTLEMENT** - 2