George M. Wallace -- Cal. Bar No. 101472
WALLACE, BROWN & SCHWARTZ
215 North Marengo Avenue
Third Floor
Pasadena, California 91101-1504
Email: gwallace@wbslaw.com
(626) 844-6777; Fax (626) 795-0353

Attorney for Plaintiff BRUCE BOYER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BOYER, | Case No.: **2:19−cv−00560 DSF (JPRx)** |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| CITY OF SIMI VALLEY, | |
| Defendant. | |

//
//
//
//
//
//
//
//
//

Stipulation of Dismissal - 1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to FRCP 41(a)(1), all parties to bear their own costs and attorney's fees.

DATED: February 26, 2024      WALLACE, BROWN & SCHWARTZ

*/s/ George M. Wallace*
by GEORGE M. WALLACE
Attorneys for Plaintiff BRUCE BOYER

DATED: 2/26/2024      CARPENTER, ROTHANS & DUMONT

*Danielle Foster*
JILL WILLIAMS
DANIELLE C. FOSTER
Attorneys for Defendant CITY OF SIMI VALLEY